No. 79–5469. LARSON *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 79–222. ELLIS *v.* REED, CORRECTIONS SECRETARY, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–366. ARGENTINE AIRLINES *v.* ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–226. FARE *v.* SCOTT K. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–245. UNITED METHODIST CHURCH ET AL. *v.* BARR ET AL. Ct. App. Cal., 4th App. Dist. Motion of Association of United Methodist Theological Schools for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and petition.

No. 79–340. WESTERN SHOSHONE IDENTIFIABLE GROUP, TE-MOAK BANDS OF WESTERN SHOSHONE INDIANS, NEVADA *v.* UNITED STATES. Ct. Cl. Motion of Western Shoshone Legal Defense and Education Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.